*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 16, 2015                    519613
_____

SUNOCO, INC., et al.,
                    Appellants,

        v                                     MEMORANDUM AND ORDER

JMR DEVELOPMENT COMPANY, INC.,
                    Respondent.
_____

Calendar Date:  February 19, 2015

Before:  Peters, P.J., McCarthy, Rose and Clark, JJ.

_____

        Saul Ewing, LLP, Princeton, New Jersey (John P. Englert of counsel), for appellants.

        Whiteman Osterman & Hanna, LLP, Albany (Margaret J. Gillis of counsel), for respondent.

_____

        Appeal from an order of the Supreme Court (Platkin, J.), entered May 8, 2014 in Albany County, which granted defendant's motion to dismiss the complaint.

        Order affirmed, upon the opinion of Justice Richard M. Platkin.

        Peters, P.J., McCarthy, Rose and Clark, JJ., concur.

ORDERED that the order is affirmed, with costs.




                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court